PER CURIAM.

(No. 73-CC-329—Claimant )

ROBERT TRAISMAN, PH.D., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF CHILDREN AND FAMILY SERVICES, Respondent.

*Opinion filed August 15, 1973.*

ROBERT N. TRAISMAN, PH.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.